# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Chicago & Vicinity Laborers' District Council
Pension Fund, et al,

Plaintiff(s),

v.

JB Construction Contractors, Inc. ,

Defendant(s).

Case No. 1:20-cv-05834
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Plan, and Catherine Wenskus and against Defendant JB Construction Contractors, Inc. in the amount of $10,551.50. Defendant shall pay post-judgment interest from the date judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion  for default judgment in sum certain

Date: 9/27/2021                    Thomas G. Bruton, Clerk of Court

David Lynn , Deputy Clerk